1  ROBERT KROPP, JR. (Bar No. 61780)
   GEFFNER & BUSH
2  A Law Corporation
   3500 West Olive Avenue
3  Suite 1100
   Burbank, California 91505-4657
4  Telephone: (818) 973-3200
   Facsimile:  (818) 973-3201
5
   SHAWN SASSAMAN
6  JOSEPH J. CAPPELLI & ASSOCIATES L.L.C.
   Six Tower Bridge, Suite 550
7  181 Washington Street
   Conshohocken, Pennsylvania 19428
8  Telephone: (610) 941-4444
   Facsimile:  (610) 941-9880
9
   Attorneys for Plaintiffs
10 ANTONIO ALVAREZ et al.

**LODGED**

MAY 1 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALVAREZ et al. | Case No. CIV-F-04-5737 TAG |
| Plaintiffs, | STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | [Federal Rule of Civil Procedure 41(a)(1)(ii)] |
| Defendant. | |

1  IT IS HEREBY STIPULATED by the parties, through their respective counsel
2  of record that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is
3  dismissed with prejudice as to all Plaintiffs.

5  DATED: May 18, 2005

GEFFNER & BUSH
A Law Corporation

and

JOSEPH J. CAPPELLI &
ASSOCIATES

By _____
Robert Kropp, Jr.
Attorneys for Plaintiff
ANTONIO ALVAREZ et al.

14  DATED: May 17, 2005

UNION PACIFIC RAILROAD
COMPANY

By _____
James C.E. Barclay
Attorneys for Defendant
UNION PACIFIC RAILROAD
COMPANY

21  IT IS SO ORDERED.

23  DATED: 5/24/2005

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

2

STIPULATION FOR VOLUNTARY DISMISSAL